PHILLIP A. TALBERT
Acting United States Attorney
CHI SOO KIM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-po-00094-JDP |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO DISMISS AND VACATE TRIAL |
| BOGDAN M. MAKOVSKY, | DATE: August 17, 2021 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice, Case Number 2:21-po-00094-JDP is GRANTED.

It is further ordered that the bench trial scheduled on August 17, 2021 is vacated.

IT IS SO ORDERED.

Dated: August 4, 2021

HON. JEREMY D. PETERSON
United States Magistrate Judge

ORDER TO DISMISS & VACATE TRIAL          1          U.S. v. BOGDAN M. MAKOVSKY